UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVOQUA WATER TECHNOLOGIES LLC,

                                                         **Administrative Order No.  16-CA-006**

        Plaintiff,

v.                                                  Case No. 1:16-cv-14

M.W. WATERMARK, LLC, et al.,

        Defendants.

_____/

**ADMINISTRATIVE ORDER OF REASSIGNMENT**

The above case, assigned to Honorable Paul L. Maloney, has been reviewed by Magistrate Judge Ray Kent and deemed related to another matter in this district, Case No. 5:03-cv-127, assigned to Honorable David W. McKeague.  Judge McKeauge has been elevated to the Sixth Circuit Court of Appeals and Honorable Janet T. Neff is his successor in office.  After consultation with and obtaining the consent of both Judge Maloney and Judge Neff, the undersigned has concluded that this case should be reassigned to Judge Neff under LCivR 3.3.1(d)(iii)(B):

> Related Cases Determination - if cases are found to be related cases after assignment to different judges, they may be reassigned by the Chief Judge to the judge having the related case earliest filed.

**IT IS ORDERED** that the Clerk of Court reassign this matter to the Honorable Janet T. Neff.

**IT IS FURTHER ORDERED** that the Clerk of Court shall reassign another case to the Honorable Paul L. Maloney in its stead.

**IT IS FURTHER ORDERED** that a copy of this Administrative Order shall be filed in the case referenced herein.

Date:   January 15, 2016

                                                      ROBERT J. JONKER
                                                      CHIEF UNITED STATES DISTRICT JUDGE

**NOTICE TO THE PARTIES FROM THE CLERK OF COURT:**
Case number 1:16-cv-14 has been reassigned to the: Hon. Janet T. Neff.  All future filings shall reflect her name.